Form 10

FORM 10.  Statement Concerning Discrimination

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Larry Brooks _____ v. Department of the Air Force _____

No. 13-3033 _____

## PETITIONER'S FED. CIR. R. 15(c) STATEMENT CONCERNING DISCRIMINATION

### Please complete sections A, B, and C.

**SECTION A:**

Check the statements in section A that apply to your case.  Usually, it is one statement, but it may be more.  Do not alter or add to any of the statements.

_____ (1)  No claim of discrimination by reason of race, sex, age, national origin, or handi-capped condition has been or will be made in this case.

✓ (2)  Any claim of discrimination by reason of race, sex, age, national origin, or handi-capped condition raised before and decided by the Merit Systems Protection Board or arbitrator has been abandoned or will not be raised or continued in this or any other court.

_____ (3)  The petition seeks review only of the Board's or arbitrator's dismissal of the case for lack of jurisdiction or for untimeliness.

_____ (4)  The case involves an application to the Office of Personnel Management for benefits.

_____ (5)  The case was transferred to this court from a district court and I continue to contest the transfer.

**SECTION B:**

Answer the following: Have you filed a discrimination case in a United States district court from the Board's or arbitrator's decision?  _____Yes _____No
If so, identify any case. _____

**SECTION C:**

Answer the following:  Have you filed a discrimination case in the Equal Employment Opportunity Commission from the Board's or arbitrator's decision?  _____Yes ___✓No
If so, identify any case _____

Dec. 13, 2012 _____ 　　　　　Bonnie Michelle Smith _____
Date 　　　　　　　　　　　　　　　Petitioner's signature

Mail this form with the petition for review or within 14 days of the date of docketing of the petition for review to:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

cc: _____



125